IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KELLY WOOD, | : | |
|     *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY BERRYHILL,[1] | : | |
| *Acting Commissioner of Social Security*, | : | No. 17-3331 |
|     *Defendant.* | : | |

# O R D E R

**AND NOW**, this 26th day of June, 2018, upon consideration of Plaintiff's Brief and Request for Review (Doc. No. 12), the Commissioner's Response (Doc. No. 14), Plaintiff's Reply (Doc. No. 15), the Report and Recommendation of Magistrate Judge Timothy R. Rice (Doc. No. 16), and Plaintiff's failure to object thereto, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 16) is **APPROVED** and **ADOPTED**;

2. Plaintiff's Brief and Request for Review (Doc. No. 12) is **DENIED**;

3. The final decision of the Commissioner is **AFFIRMED**; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

                                                                               BY THE COURT:

                                                                               S/Gene E.K. Pratter
                                                                               GENE E. K. PRATTER
                                                                               UNITED STATES DISTRICT JUDGE

---

[1]     Nancy A. Berryhill, Acting Commissioner for Social Security, is automatically substituted for former commissioner Carolyn W. Colvin as defendant in this action. Fed. R. Civ. P. 25(d).